THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR16-0327-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| NICOLE TRICHLER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the sentencing date (Dkt. No. 46). The Court, finding good cause, GRANTS the motion. A continuance of the sentencing date is necessary to allow for the United States Probation office to gather all relevant materials for inclusion in the presentence report. The additional time requested is a reasonable period of delay to gather information material to the preparation of the presentence report and relevant to sentencing, and the ends of justice will best be served by a continuance. It is therefore ORDERED that the sentencing date is continued to October 17, 2017 at 9 a.m.

//

//

DATED this 26th day of June 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER CR16-0327-JCC
PAGE - 2