<div style="text-align: right">THE HONORABLE JOHN C. COUGHENOUR</div>

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>    v.<br>NICOLE TRICHLER,<br><br>            Defendant. | CASE NO. CR16-0327-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to seal (Dkt. No. 63) her sentencing memorandum and attached documents (Dkt. No. 64). Given the highly sensitive nature of the information contained in these documents, the Court finds good cause to seal. Defendant's motion to seal (Dkt. No. 63) is GRANTED. Docket Number 64 and its attachments shall REMAIN sealed.

DATED this 16th day of October 2017.

<div style="margin-left: 50%">William M. McCool<br>Clerk of Court<br><br>s/Tomas Hernandez<br>Deputy Clerk</div>